UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | COURT NO. 3:18-CR-00021-01 |
| | * | |
| VERSUS | * | JUDGE HICKS |
| | * | |
| DANIEL KEITH O'BRIANT | * | MAGISTRATE JUDGE HAYES |

**ORDER**

Upon consideration of the Motion to Permit Travel filed on behalf of the United States seeking an order granting permission for Defendant, Daniel Keith O'Briant ("Mr. O'Briant"), to travel to the Middle District of Florida from April 29, 2018 through May 2, 2018, and good cause having been shown,

IT IS HEREBY ORDERED that United States' Motion for Permission to Travel to Middle District of Florida is GRANTED;

It is FURTHER ORDERED that Mr. O'Briant is granted the permission of this Court to travel to the Middle District of Florida from April 29, 2018 through May 2, 2018, while he remains on supervised release under the jurisdiction of this Court, for the sole purpose of assisting with the United States' ongoing criminal investigation in the Middle District of Florida and participating in an interview by the United States to be held in the United States Attorney's Office in Tampa, Florida.

All other terms and conditions of Mr. O'Briant's supervision remain in full force and effect and are not changed by this Order.

**THUS DONE AND SIGNED** in Chambers in Monroe, Louisiana, this  20th  day of April, 2018.

```
_____
HONORABLE MAGISTRATE JUDGE HAYES
```